1466

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 17, 2005*

[Cite as *03/17/2005 Case Announcements,* 2005-Ohio-1140.]

## MISCELLANEOUS DISMISSALS

**2004–1605. Cox v. Zanesville City School Dist. Bd. of Ed.**
Muskingum App. No. 04 CA 14, 2004-Ohio-4253. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Muskingum County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2005–0447. State ex rel. Downs v. Panioto.**
Hamilton App. No. C–040784, 2005-Ohio-778.

**2005–0450. State ex rel. Danstar Builders, Inc. v. Indus. Comm.**
Franklin App. No. 04AP–309, 2005-Ohio-365.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2005–0252. State ex rel. Musial v. N. Olmsted.**
Cuyahoga App. No. 84201, 2005-Ohio-95.